MISHCON DE REYA NEW YORK LLP
Mark S. Raskin (*admitted Pro Hac Vice*)
Email: mark.raskin@mishcon.com
750 7th Avenue, 26th Floor
New York, New York 10019
Telephone: 212.612.3270
Facsimile: 212.612.32977

RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email: ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
McRO, Inc., d.b.a. Planet Blue

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| McRo, Inc., d.b.a. Planet Blue,<br><br>          Plaintiff,<br><br>     v.<br><br>Bandai Namco Games America, Inc., et al.<br><br>          Defendants. | CASE No. 12-cv-10322-GW (FFMx)<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED FINAL JUDGMENT**<br><br>Honorable George H. Wu<br><br>CONSOLIDATED WITH:<br>12-cv-10323-GW (FFMx)<br>12-cv-10326-GW (FFMx)<br>12-cv-10327-GW (FFMx)<br>12-cv-10329-GW (FFMx) |

|   |   |
|---|---|
|   | 12-cv-10331-GW (FFMx) |
|   | 12-cv-10333-GW (FFMx) |
|   | 12-cv-10335-GW (FFMx) |
|   | 12-cv-10336-GW (FFMx) |
|   | 12-cv-10337-GW (FFMx) |
|   | 12-cv-10338-GW (FFMx) |
|   | 12-cv-10340-GW (FFMx) |
|   | 12-cv-10341-GW (FFMx) |
|   | 12-cv-10342-GW (FFMx) |
|   | 13-cv-01870-GW (FFMx) |
|   | 13-cv-01874-GW (FFMx) |
|   | 14-cv-00332-GW (FFMx) |
|   | 14-cv-00336-GW (FFMx) |
|   | 14-cv-00352-GW (FFMx) |
|   | 14-cv-00358-GW (FFMx) |
|   | 14-cv-00383-GW (FFMx) |
|   | 14-cv-00389-GW (FFMx) |
|   | 14-cv-00417-GW (FFMx) |
|   | 14-cv-00439-GW (FFMx) |

Plaintiff McRo, Inc. d.b.a. Planet Blue ("Planet Blue"), objects to the Proposed Final Judgment (*McRo, Inc. d.b.a. Planet Blue v. Bandai Namco Games America, Inc.*, No. 12-cv-10322-GW (FFMx), D.I. 369-1) proposed by Defendants in certain of the above-captioned cases and proffers its own form of the judgment, attached hereto.

Defendants' Proposed Final Judgment lacks clarity as to the captions of the specific cases in which judgment is to be entered and as to the lead case in which the briefing on which judgment is based resides. Additionally, Defendant's Proposed Final Judgment fails to state the finality of the judgment.

In light of the above, and without waiving any rights to appeal, Planet Blue herewith respectfully submits a counter-proposed Final Judgment order.

Dated: October 28, 2014

Respectfully submitted,

MISHCON DE REYA NEW YORK LLP

By: */s/ Mark S. Raskin*
    Mark S. Raskin

RUSS AUGUST & KABAT
Marc A. Fenster
Irene Y. Lee

Attorneys for Plaintiff
McRo, Inc., d.b.a. Planet Blue