Counsel listed on signature page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

McRo, Inc., d.b.a. Planet Blue,

Plaintiff,

v.

Bandai Namco Games America, Inc., et al.

Defendants.

Bandai Namco Games America, Inc., et al.,

Counterclaim-Plaintiffs,

v.

McRo, Inc., d.b.a. Planet Blue,

Counterclaim-Defendants.

CASE No. CV 12-10322-GW(FFMx)

**ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL**

Honorable George H. Wu

CONSOLIDATED WITH:
12-cv-10323-GW (FFMx)
12-cv-10326-GW (FFMx)
12-cv-10327-GW (FFMx)
12-cv-10329-GW (FFMx)
12-cv-10331-GW (FFMx)
12-cv-10333-GW (FFMx)
12-cv-10335-GW (FFMx)
12-cv-10336-GW (FFMx)
12-cv-10337-GW (FFMx)
12-cv-10338-GW (FFMx)
12-cv-10340-GW (FFMx)
12-cv-10341-GW (FFMx)
12-cv-10342-GW (FFMx)
13-cv-01870-GW (FFMx)
13-cv-01874-GW (FFMx)
14-cv-00332-GW (FFMx)
14-cv-00336-GW (FFMx)
14-cv-00352-GW (FFMx)
14-cv-00358-GW (FFMx)
14-cv-00383-GW (FFMx)

14-cv-00389-GW (FFMx)
14-cv-00417-GW (FFMx)
14-cv-00439-GW (FFMx)

Before the Court is the Application of Defendants Electronic Arts, Inc., Activision Publishing Inc., Blizzard Entertainment, Inc., Infinity Ward, Inc., Naughty Dog, Inc., Sucker Punch Productions LLC, Sony Computer Entertainment America LLC (now known as Sony Interactive Entertainment America LLC), and Square Enix, Inc. (collectively, "Defendants") to file under seal:

| **Document to be Sealed** |
|---|
| (1) The redacted portions of Defendants' Motion for Summary Judgment of No Willful Infringement ("Willfulness Summary Judgment Motion"), a redacted version of which was filed on May 8, 2018; |
| (2) The redacted portions of Defendants' Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Summary Judgment Motion ("Statement of Facts"), a redacted version of which was filed on May 8, 2018; |
| (3) Exhibit 1 to the Declaration of Dr. David Dobkin ("Dobkin Report") in Support of Defendants' Summary Judgment Motion of Non-Infringement or Invalidity; |
| (4) Exhibit 1 to the Declaration of Dr. Brian Wyvill ("Wyvill Report") in Support of Defendants' Summary Judgment Motion of Non-Infringement or Invalidity; and |
| (5) Exhibits B-J, O-Q, T, and V-Z to the Declaration of Ryan J. Malloy ("Malloy Declaration") in support of Defendants' Summary Judgment Motions and Square Enix's Motion to Strike. |

The documents are attached as Exhibits to Defendants' Application for Leave to File Under Seal.

After considering the Application of Defendants to file documents under seal, **IT IS HEREBY ORDERED** that the Dobkin Report, Wyvill Report, and Exhibits B-J, O-Q, T, and V-Z to the Malloy Declaration and the portions of Defendants' Willfulness Summary Judgment Motion and Defendants' Statement of Facts identified above are to be filed under seal. Neither this Order nor the Application itself has been sealed.

Dated: May 9, 2018

George H. Wu

Honorable George H. Wu,
United States District Judge