DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
tkobelski@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendants
Electronic Arts Inc.; Activision Publishing, Inc.;
Blizzard Entertainment, Inc.; and Infinity Ward, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>BANDAI NAMCO GAMES AMERICA, INC., et al.,<br><br>Defendants. | Lead Case No. 12-cv-10322-GW (FFMx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES UNDER RULE 37(A)(5)**<br><br>Date: July 10, 2018<br>Time: 10:00 a.m.<br>Ctrm: 580<br>Judge: Honorable Frederick F. Mumm<br><br>CONSOLIDATED WITH: |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 2:12-cv-10329-GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC. and BLIZZARD, ENTERTAINMENT, INC.,<br><br>Defendants. | Case No. 2:14-cv-00336-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>INFINITY WARD, INC.,<br><br>Defendant. | Case No. 2:14-cv-00352-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>NAUGHTY DOG, INC.,<br><br>Defendant. | Case No. 12-cv-10335 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>SUCKER PUNCH PRODUCTIONS LLC,<br><br>Defendant. | Case No. 14-cv-00332 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Defendant. | Case No. 14-cv-00383 GW (FFMx) |

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES
UNDER RULE 37(A)(5) / CASE NO. 12-CV-10322-GW (FFMX)

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE ENIX, INC.,<br><br>Defendant. | Case No. 2:12-cv-10338-GW (FFMx) |

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES
UNDER RULE 37(A)(5) / CASE NO. 12-CV-10322-GW (FFMX)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on July 10, 2018, at 10:00 a.m., in Courtroom 9D of the above-entitled Court, located at 350 West 1st Street, Los Angeles, CA 90012, Defendants Electronic Arts Inc.; Activision Publishing, Inc.; Blizzard Entertainment, Inc.; and Infinity Ward, Inc; will and hereby do present to the Court Defendants' Motion for Attorneys' Fees against Plaintiff McRo, Inc. D.B.A. Planet Blue Under Rule 37(a)(5).

This Motion is based on the joint stipulation of the parties concerning this discovery dispute pursuant to L.R. 37.2, all pleadings, papers and proceedings in this action, and such other matters as the Court deems proper. This motion is made following the conference of counsel pursuant to L.R. 37-1 which took place on May 25, 2018, regarding issues relating to the motion, and further communications between counsel.

Dated: June 18, 2018                    DURIE TANGRI LLP

                                        By: _____*/s/ Eugene Novikov*_____
                                                EUGENE NOVIKOV

                                        Attorney for Defendants
                                        Electronic Arts Inc.; Activision Publishing,
                                        Inc.; Blizzard Entertainment, Inc.; and
                                        Infinity Ward, Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eugene Novikov*
EUGENE NOVIKOV
