DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
tkobelski@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendants
Electronic Arts Inc.; Activision Publishing, Inc.;
Blizzard Entertainment, Inc.; and Infinity Ward, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>BANDAI NAMCO GAMES AMERICA, INC., et al.,<br><br>Defendants. | Lead Case No. 12-cv-10322-GW (FFMx)<br><br>**DECLARATION OF EUGENE NOVIKOV IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER RULE 37(A)(5)**<br><br>Date:  July 10, 2018<br>Time:  10:00 a.m.<br>Ctrm:  580<br>Judge: Honorable Frederick F. Mumm<br><br>CONSOLIDATED WITH: |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 2:12-cv-10329-GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>  Plaintiff, <br><br>   v. <br><br> ACTIVISION PUBLISHING, INC. and BLIZZARD, ENTERTAINMENT, INC., <br><br>  Defendants. | Case No. 2:14-cv-00336-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>  Plaintiff, <br><br>   v. <br><br> INFINITY WARD, INC., <br><br>  Defendant. | Case No. 2:14-cv-00352-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>  Plaintiff, <br><br>   v. <br><br> NAUGHTY DOG, INC., <br><br>  Defendant. | Case No. 12-cv-10335 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>  Plaintiff, <br><br>   v. <br><br> SUCKER PUNCH PRODUCTIONS LLC, <br><br>  Defendant. | Case No. 14-cv-00332 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>  Plaintiff, <br><br>   v. <br><br> SONY COMPUTER ENTERTAINMENT AMERICA LLC, <br><br>  Defendant. | Case No. 14-cv-00383 GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE ENIX, INC.,<br><br>Defendant. | Case No. 2:12-cv-10338-GW (FFMx) |

---

DECL. OF EUGENE NOVIKOV IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER RULE 37(A)(5) / CASE NO. 12-CV-10322-GW (FFMX)

I, Eugene Novikov, declare as follows:

1. I am an attorney with the law firm of Durie Tangri LLP, counsel for Defendants Electronic Arts Inc.; Activision Publishing, Inc.; Blizzard Entertainment, Inc.; and Infinity Ward, Inc. (collectively, "Defendants") in this matter. I am licensed to practice in the state of California and a member of the bar of this Court. I make this declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. After more than two weeks of attempting to obtain the settlement agreements that were the subject of the underlying motion discussed in this briefing, I and my joint defense group colleagues finally met and conferred with Mark Raskin, counsel for McRo, on January 17, 2018. Mr. Raskin expressed on that call that McRo would not be producing the requested settlement agreements because discovery was closed and the Court had previously expressed that the Court treated the close of discovery as a meaningful deadline. To my recollection he did not dispute the relevance of the agreements or claim burden.

3. I traveled from San Francisco to Los Angeles for the hearing on the noticed motion to compel on March 20, 2018. No counsel for McRo was present, but the Courtroom Deputy was able to reach Mr. Raskin on the phone.

4. Defendants EA and Activision incurred $8,369.09 in fees and costs in briefing the motion to compel, the subsequent ex parte, and travel to the hearing. Of that, $7,529.50 constitutes attorney and paralegal fees, and $839.59 constitutes costs for travel to the hearing.

5. The parties met and conferred telephonically concerning the instant motion on May 25. McRo's counsel informed me that McRo opposes this motion.

6. Attached hereto as **Exhibit 1** is a true and correct copy of an email thread between Mark Raskin, Eugene Novikov and others ranging in date from December 28, 2017 to January 17, 2018.

7. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Eugene Novikov to counsel for Planet Blue, dated February 9, 2018, attaching Defendants' portion of a Joint Stipulation re Defendants' Motion to Compel Production of Settlement Agreements.

8. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Mark Raskin to counsel for Defendants, dated February 16, 2018, attaching Plaintiff's portion of a Joint Stipulation re Defendants' Motion to Compel Production of Settlement Agreements.

9. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Dominick Vitaliano to counsel for Defendants, dated March 2, 2018, attaching documents bearing bates numbers PB112350-PB112406.

10. Attached hereto as **Exhibit 5** is a true and correct copy of an email thread between Mark Raskin, Eugene Novikov and others ranging in date from March 4, 2018 to March 5, 2018.

11. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the hearing transcript of Defendants' Motion to Compel Production of Settlement Agreements, held on March 20, 2018.

12. Attached hereto as **Exhibit 7** is a true and correct copy of an email from Eugene Novikov to Plaintiff's counsel, dated March 20, 2018.

13. Attached hereto as **Exhibit 8** is a true and correct copy of an email from Eugene Novikov to Plaintiff's counsel, dated March 23, 2018.

14. Attached hereto as **Exhibit 9** is a true and correct copy of an email thread between Mark Raskin, Eugene Novikov and others, dated March 23, 2018.

15. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Dominick Vitaliano to counsel for Defendants, dated April 3, 2018, attaching documents bearing bates numbers PB112407-PB112421.

16. Attached hereto as **Exhibit 11** is a true and correct copy of an email from Eugene Novikov to Plaintiff's counsel, dated May 10, 2018.

17. Attached hereto as **Exhibit 12** is a true and correct copy of an email from Eugene Novikov to Plaintiff's counsel, dated May 16, 2018.

18. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Dominick Vitaliano to counsel for Defendants, dated May 17, 2018, attaching documents bearing bates numbers PB112422-PB112438.

19. Attached hereto as **Exhibit 14** is a true and correct copy of the Expert Report of David A. Kennedy – Defendant Electronic Arts, Inc., dated March 2, 2018.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 1, 2018, in San Francisco, California.

*/s/ Eugene Novikov*
EUGENE NOVIKOV

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eugene Novikov*
EUGENE NOVIKOV