MISHCON DE REYA NEW YORK LLP
Mark S. Raskin (*admitted Pro Hac Vice*)
Email: mark.raskin@mishcon.com
156 Fifth Avenue, suite 904
New York, New York 10010
Telephone: 212.612.3270
Facsimile: 212.612.32977

RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McRO, Inc., dba Planet Blue,<br><br>Plaintiff,<br><br>v.<br><br>Namco Bandai Games America, Inc., etc., et al.,<br><br>Defendants. | **CASE No. 12-cv-10322-GW (FFMx)**<br><br>**DECLARATION OF MARK S. RASKIN IN SUPPORT OF PLANET BLUE'S STIPULATION RE: DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER RULE 37(A)(5)**<br><br>The Honorable Frederick F. Mumm<br><br>Hearing:<br>Date: July 10, 2018<br>Time: 8:30 a.m.<br>Courtroom: 580<br><br>CONSOLIDATED WITH:<br>12-cv-10323 GW (FFMx)<br>12-cv-10326 GW (FFMx)<br>12-cv-10327 GW (FFMx)<br>12-cv-10329 GW (FFMx)<br>12-cv-10331 GW (FFMx)<br>12-cv-10333 GW (FFMx)<br>12-cv-10335 GW (FFMx)<br>12-cv-10336 GW (FFMx)<br>12-cv-10337 GW (FFMx)<br>12-cv-10338 GW (FFMx)<br>12-cv-10340 GW (FFMx)<br>12-cv-10341 GW (FFMx)<br>12-cv-10342 GW (FFMx)<br>13-cv-01870-GW (FFMx)<br>13-cv-01874-GW (FFMx)<br>14-cv-00332-GW (FFMx)<br>14-cv-00336-GW (FFMx)<br>14-cv-00352-GW (FFMx) |

14-cv-00358-GW (FFMx)
14-cv-00383-GW (FFMx)
14-cv-00389-GW (FFMx)
14-cv-00417-GW (FFMx)
14-cv-00439-GW (FFMx)

DECLARATION OF MARK S. RASKIN

I, Mark S. Raskin, declare:

1. I am an attorney at the law firm of Mishcon De Reya New York, LLP, attorney of record for McRO, Inc., dba Planet Blue in this action. I submit this declaration based on personal knowledge. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit A is a true and correct copy of D.I. 18 from Case No. 2:17mc00146 (JLR), The Order Granting Bungie Motion to Quash.

3. Attached as Exhibit B is a true and correct copy of a hearing transcript dated January 11, 2018 from Case No. 2:17mc00146 (JLR).

4. Attached as Exhibit C is a true and correct copy of an email from Mark Raskin to Defendants, dated February 16, 2018.

DATED: June 15, 2018  /s/ *Mark S. Raskin*
Mark S. Raskin

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ *Mark S. Raskin*
Mark S. Raskin

1
DECLARATION OF MARK S. RASKIN

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Eugene Novikov, attest that concurrence in the filing of this document has been obtained.

*/s/ Eugene Novikov*
EUGENE NOVIKOV

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eugene Novikov*
EUGENE NOVIKOV

---

3
DECLARATION OF MARK S. RASKIN / CASE NO. 12-CV-10322-GW (FFMX)