DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
tkobelski@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
Electronic Arts Inc.; Activision Publishing, Inc.;
Blizzard Entertainment, Inc.; and Infinity Ward, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>BANDAI NAMCO GAMES AMERICA, INC., et al.,<br><br>Defendants. | Lead Case No. 12-cv-10322-GW (FFMx)<br><br>**DECLARATION OF EUGENE NOVIKOV IN SUPPORT OF DEFENDANTS' MOTION FOR LIMITED REOPENING OF DISCOVERY**<br><br>Date: July 23, 2018<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Honorable George H. Wu<br><br>CONSOLIDATED WITH: |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 2:12-cv-10329-GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00336-GW (FFMx) |
| Plaintiff, | |
| v. | |
| ACTIVISION PUBLISHING, INC. and BLIZZARD, ENTERTAINMENT, INC., | |
| Defendants. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00352-GW (FFMx) |
| Plaintiff, | |
| v. | |
| INFINITY WARD, INC., | |
| Defendant. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 12-cv-10335 GW (FFMx) |
| Plaintiff, | |
| v. | |
| NAUGHTY DOG, INC. | |
| Defendant. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 14-cv-00332 GW (FFMx) |
| Plaintiff, | |
| v. | |
| SUCKER PUNCH PRODUCTIONS LLC | |
| Defendant. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 14-cv-00383 GW (FFMx) |
| Plaintiff, | |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC | |
| Defendant. | |

DECL. OF EUGENE NOVIKOV ISO DEFENDANTS' MOTION FOR LIMITED REOPENING OF DISCOVERY / CASE NO. 12-CV-10322-GW (FFMX)

I, Eugene Novikov, declare as follows:

1. I am an attorney with the law firm of Durie Tangri LLP, counsel for Defendants Electronic Arts Inc.; Activision Publishing, Inc.; Blizzard Entertainment, Inc.; and Infinity Ward, Inc. (collectively, "Defendants") in this matter. I am licensed to practice in the state of California and a member of the bar of this Court. I make this declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Defendants' Third Common Set of Requests for Production of Documents and Things to Plaintiff, dated February 1, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Third Set of Common Interrogatories to Plaintiff, served May 11, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff Planet Blue's Objections and Response to Defendants' Third Set of Common Requests for Production of Documents and Things, dated March 3, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of Maury Rosenfeld and Rule 30(b)(6) deposition of Plaintiff McRo, Inc., dated October 6, 2017.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Defendants' Notice of Rule 30(b)(6) Deposition, dated August 31, 2017.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff Planet Blue's Objections and Response to Defendants' Third Set of Common Interrogatories, dated June 12, 2017.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff Planet Blue's Supplemental Objections and Response to Defendants' Common Interrogatory No. 5, dated September 18, 2017.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Report of David A. Kennedy for Defendant Electronic Arts, Inc., dated March 2, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the deposition transcripts of David Kennedy, dated April 24-25, 2018.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Supplemental Report of David A. Kennedy for Defendant Electronic Arts, Inc., dated June 5, 2018.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 22, 2018, in San Francisco, California.

*/s/ Eugene Novikov*
EUGENE NOVIKOV

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eugene Novikov*
EUGENE NOVIKOV