DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
tkobelski@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
Electronic Arts Inc.; Activision Publishing, Inc.;
Blizzard Entertainment, Inc.; and Infinity Ward, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>BANDAI NAMCO GAMES AMERICA, INC., et al.,<br><br>Defendants. | Lead Case No. 12-cv-10322-GW (FFMx)<br><br>**JOINT STIPULATION AND ORDER TO HOLD IN ABEYANCE MOTION FOR ATTORNEY FEES AND MOTION TO REOPEN DISCOVERY**<br><br>Ctrm: 9D<br>Judge: Honorable George H. Wu<br><br>CONSOLIDATED WITH: |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 2:12-cv-10329-GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC. and BLIZZARD, ENTERTAINMENT, INC.,<br><br>Defendants. | Case No. 2:14-cv-00336-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>INFINITY WARD, INC.,<br><br>Defendant. | Case No. 2:14-cv-00352-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>NAUGHTY DOG, INC.<br><br>Defendant. | Case No. 12-cv-10335 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>SUCKER PUNCH PRODUCTIONS LLC<br><br>Defendant. | Case No. 14-cv-00332 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC<br><br>Defendant. | Case No. 14-cv-00383 GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>               Plaintiff,<br><br>   v.<br><br>SQUARE ENIX, INC.,<br>               Defendant. | Case No. 2:12-cv-10338-GW (FFMx) |

At the June 28, 2018 hearing on Defendants' motions for summary judgment, the Court issued a tentative ruling granting Defendants' motion for summary judgment of non-infringement, vacated and took off-calendar all outstanding dates and deadlines, and scheduled a further scheduling conference for September 6, 2018.

Currently pending before the Court are Defendants Electronic Arts, Inc., Activision Publishing, Inc. and Blizzard Entertainment Inc.'s Rule 37 motion for attorney fees (ECF No. 723), and the undersigned Defendants' Motion to Reopen Discovery (ECF No. 741).

Defendants request that these motions be held in abeyance pending the final resolution of Defendants' motions for summary judgment.

Plaintiff McRo does not oppose this request.

Dated: July 6, 2018                MISHCON DE REYA NEW YORK LLP

                                   By: _____/s/ Michael S. DeVincenzo_____
                                              MICHAEL S. DEVINCENZO

                                   Attorney for Plaintiff
                                   McRo, Inc., d.b.a. Planet Blue

Dated: July 6, 2018                DURIE TANGRI LLP

                                   By: _____/s/ Eugene Novikov_____
                                              EUGENE NOVIKOV

                                   Attorney for Defendants
                                   Electronic Arts Inc.; Activision Publishing,
                                   Inc.; and Blizzard Entertainment, Inc.

Dated: July 6, 2018                SHOOK HARDY AND BACON LLP

                                   By: _____/s/ Beth A. Larigan_____
                                              BETH A. LARIGAN

                                   Attorney for Defendants
                                   Naughty Dog Inc.; Sony Computer
                                   Entertainment America LLC; Sucker Punch
                                   Productions LLC

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Eugene Novikov, attest that concurrence in the filing of this document has been obtained.

*/s/ Eugene Novikov*
EUGENE NOVIKOV

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                              */s/ Eugene Novikov*
                                              EUGENE NOVIKOV