DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
tkobelski@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
Electronic Arts Inc.; Activision Publishing, Inc.;
Blizzard Entertainment, Inc.; and Infinity Ward, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>BANDAI NAMCO GAMES AMERICA, INC., et al.,<br><br>Defendants. | Lead Case No. 12-cv-10322-GW (FFMx)<br><br>**NOTICE OF MOTION AND MOTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>Date: September 6, 2018<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Honorable George H. Wu<br><br>CONSOLIDATED WITH: |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 2:12-cv-10329-GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00336-GW (FFMx) |
| Plaintiff, | |
| v. | |
| ACTIVISION PUBLISHING, INC. and BLIZZARD, ENTERTAINMENT, INC., | |
| Defendants. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00352-GW (FFMx) |
| Plaintiff, | |
| v. | |
| INFINITY WARD, INC., | |
| Defendant. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 12-cv-10335 GW (FFMx) |
| Plaintiff, | |
| v. | |
| NAUGHTY DOG, INC., | |
| Defendant. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 14-cv-00332 GW (FFMx) |
| Plaintiff, | |
| v. | |
| SUCKER PUNCH PRODUCTIONS LLC, | |
| Defendant. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 14-cv-00383 GW (FFMx) |
| Plaintiff, v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | |
| Defendant. | |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>                Plaintiff,<br><br>  v.<br><br>DISNEY INTERACTIVE STUDIOS, INC.,<br><br>                Defendant. | Case No. 12-cv-10323 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>                Plaintiff,<br><br>  v.<br><br>LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT COMPANY LTD. LLC,<br><br>                Defendant. | Case No. 14-cv-00358 GW (FFMx) |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 6, 2018, at 8:30 a.m., or as soon thereafter as this matter can be heard before the Honorable George H. Wu of the United States District Court for the Central District of California, at 350 West 1st Street, Courtroom 9D, 9th Floor, Los Angeles, CA, 90012, Defendants Electronic Arts Inc.; Activision Publishing, Inc.; Blizzard Entertainment, Inc.; Infinity Ward, Inc.; Square Enix, Inc.; Disney Interactive Studios, Inc.; LucasArts, a Division of Lucasfilm Entertainment Company Ltd. LLC; Naughty Dog, Inc.; Sony Computer Entertainment America LLC; and Sucker Punch Productions LLC (collectively, "Defendants"), through their counsel hereby move this Court for summary judgment of invalidity of the asserted claims of U.S. Patent No. 6,611,278 on the ground at they are not enabled under 35 U.S.C. § 112.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusion of Law, supporting declarations in support thereof, served and filed herewith, the other documents on file in this matter, the arguments of counsel, and all other material which may properly come before the Court at or before the hearing on this Motion.

This motion is made following the conference of counsel which took place on June 28, 2018, when the parties stipulated to a schedule for the filing of this motion.

Dated: July 19, 2018                              DURIE TANGRI LLP

                                                  By: _____/s/ Eugene Novikov_____
                                                         EUGENE NOVIKOV

                                                  Attorney for Defendants
                                                  Electronic Arts Inc.; Activision Publishing,
                                                  Inc.; Blizzard Entertainment, Inc.; and
                                                  Infinity Ward, Inc.

| | |
|---|---|
| Dated: July 19, 2018 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | By: ___*/s/ Evan Finkel*___<br>EVAN FINKEL |
| | Attorney for Defendants<br>Disney Interactive Studios Inc. and LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC |
| Dated: July 19, 2018 | MORRISON AND FOERSTER LLP |
| | By: ___*/s/ Benjamin J. Fox*___<br>BENJAMIN J. FOX |
| | Attorney for Defendant<br>Square Enix Inc. |
| Dated: July 19, 2018 | SHOOK HARDY AND BACON LLP |
| | By: ___*/s/ Beth A. Larigan*___<br>BETH A. LARIGAN |
| | Attorney for Defendants<br>Naughty Dog Inc.; Sony Computer Entertainment America LLC; Sucker Punch Productions LLC |

## ATTESTATION OF SIGNATURES

I, Eugene Novikov, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Eugene Novikov*
EUGENE NOVIKOV

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                 */s/ Eugene Novikov*
                                                 EUGENE NOVIKOV