# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE, | Lead Case No. CV 12-10322-GW(FFMx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | Judge: Honorable George H. Wu |
| BANDAI NAMCO GAMES AMERICA, INC., et al., | |
| Defendants. | CONSOLIDATED WITH: |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:12-cv-10329-GW (FFMx) |
| Plaintiff, | |
| v. | |
| ELECTRONIC ARTS INC., | |
| Defendant. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00336-GW (FFMx) |
| Plaintiff, | |
| v. | |
| ACTIVISION PUBLISHING, INC. and BLIZZARD, ENTERTAINMENT, INC., | |
| Defendants. | |
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00352-GW (FFMx) |
| Plaintiff, | |
| v. | |
| INFINITY WARD, INC., | |
| Defendant. | |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>Plaintiff, <br><br>v. <br><br>NAUGHTY DOG, INC., <br><br>Defendant. | Case No. 12-cv-10335 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>Plaintiff, <br><br>v. <br><br>SUCKER PUNCH PRODUCTIONS LLC, <br><br>Defendant. | Case No. 14-cv-00332 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>Plaintiff, <br><br>v. <br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, <br><br>Defendant. | Case No. 14-cv-00383 GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>Plaintiff, <br><br>v. <br><br>DISNEY INTERACTIVE STUDIOS, INC., <br><br>Defendant. | Case No. 2:12-cv-10333-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br>Plaintiff, <br><br>v. <br><br>SQUARE ENIX, INC., <br><br>Defendant. | Case No. 2:12-cv-10338-GW (FFMx) |

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00358-GW (FFMx) |
| Plaintiff, | |
| v. | |
| LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT COMPANY LTD. LLC, | |
| Defendant. | |

# FINAL JUDGMENT

For reasons stated in the Court's Order Granting Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,611,278 (Dkt. Nos. 755, 774), and the Court's Order Granting Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,611,278 (Dkt. No. 773),

**IT IS ORDERED AND ADJUDGED** that final judgment be and is entered, pursuant to Fed. R. Civ. P. 58, in favor of Defendants[1] and against Plaintiff McRo, Inc. d/b/a Planet Blue ("Plaintiff McRo") as follows:

---

[1] The term "Defendants" refers to all the remaining defendants in the actions consolidated with Lead Case No. 12-cv-10322, namely, Electronic Arts Inc. (Case No. 2:12-cv-10329), Naughty Dog, Inc. (Case No. 12-cv-10335); Square Enix, Inc. (Case No. 2:12-cv-10338); Activision Publishing, Inc. and Blizzard Entertainment, Inc. (Case No. 2:14-cv-00336); Infinity Ward, Inc. (Case No. 2:14-cv-00352); Sony Computer Entertainment America LLC (now Sony Interactive Entertainment LLC) (Case No. 14-cv-00383); Sucker Punch Productions LLC (Case No. 14-cv-00332); Disney Interactive Studios, Inc. (Case No. 2:12-cv-10333); and LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC (originally sued as LucasArts Entertainment Company LLC) (Case No. 14-cv-00358).

1. Final judgment of non-infringement and invalidity is hereby entered in favor of Defendants and against Plaintiff McRo on (a) all Plaintiff McRo's claims for infringement and on (b) the counterclaims for non-infringement and invalidity of U.S. Patent No. 6,611,278 of all Defendants other than Defendant Square Enix, Inc. as it has not asserted any such counterclaims. As all other claims and counterclaims have been dismissed (*see* Dkt. No. 779), Plaintiff McRo shall recover nothing.

2. Pursuant to Fed. R. Civ. P. 54, as prevailing party, Defendants are entitled to costs absent a Court order to the contrary.

3. This judgment disposes of all claims and counterclaims before the Court, and is final and appealable, though the Court retains j2urisdiction for purposes of resolving issues under Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

Dated: January 9, 2019.

_____
Hon. George H. Wu
United States District Judge