# EXHIBIT A
# BREAKDOWN OF TAXABLE PORTION OF INVOICES

## TABLE NO. 1
## DEPOSITION COSTS (L.R. 54-3.5)

| Ex. B Page No. | Invoice No. & Total | Amount Paid | Check No. & Date | Breakdown of Taxable Portion of Invoice | Taxable Total |
|---|---|---|---|---|---|
| Pgs. 1-2<br>Alvarez<br>10/28/17 | 1037950<br>$1,301.46 | $786.15[1] | 207005<br>12/05/17 | Transcript: 193 pages @ $3.65[2] per page = $704.45<br>Exhibits: 46 pages @ .45 per page = $20.70<br>Email Transmission = $10.00 | $784.70 |
| Pg. 3<br>Dobkin<br>04/06/18 | 1325803<br>$1,489.00 | $1,489.00 | 220626<br>05/25/18 | Transcript: 282 pages @ $3.50 per page = $987.00<br>Rough ASCII 225 pages @ $.90[3] per page = $202.50<br>Exhibits: 358 pages @ $.25 = $89.50<br>Disk = $25.00<br>Production and Processing = $25.00<br>Shipping/Handling (Delivery) = $25.00 | $1,354.00 |
| Pg. 4<br>Gleicher<br>8/1/17 | 1035340<br>$1,834.30 | $1,834.30 | 198806<br>08/30/17 | Transcript: 368 pages @ $3.55 per page = $1,306.40<br>Miniscript (Condensed Transcript) = $30.00<br>Exhibits: 96 pages @ $.65 = $62.40<br>Production and Processing = $37.50<br>Shipping/Handling = $53.00 | $1,489.30 |
| Pg. 5<br>Lanier<br>10-26-17 | 1226791<br>$482.75 | $482.75 | 207728<br>12/14/17 | Transcript: 129 pages @ $3.50 per page = $451.50<br>Exhibits: 25 pages @ $.25 per page = $6.25<br>Electronic Transmission (Electronic Handling) = $25.00 | $482.75 |
| Pg. 6<br>Lee<br>10-31-17 | 1226797<br>$286.25 | $286.25 | 194586<br>7/5/17 | Transcript: 57 pages @ 3.50 per page = $199.50<br>Exhibits: 47 pages @ $.25 per page = $11.75<br>Disk = $25.00<br>Production and Processing = $25.00<br>Shipping/Handling (Delivery) = $25.00 | $286.25 |

[1] The total amount on the invoice is $1,301.46. The total paid was $786.15 because of a credit that was applied to the invoice. The total amount paid ($786.15) exceeds the total amount of taxable costs ($784.70).

[2] Any cost for an original or certified copy of a transcript billed over the rate of $3.65 per page has been reduced to the rate of $3.65 per page as "set by the Judicial Conference of the United States." (L.R. 54-3.5(a)).

[3] Any cost of a rough draft (Rough ASCII) billed over the rate of $.90 per page has been reduced to the rate of $.90 per page as "set by the Judicial Conference of the United States." (L.R. 54-3.5(a)).

# EXHIBIT A

# BREAKDOWN OF TAXABLE PORTION OF INVOICES

## TABLE NO. 1
## DEPOSITION COSTS (L.R. 54-3.5)

| Ex. B Page No. | Invoice No. & Total | Amount Paid | Check No. & Date | Breakdown of Taxable Portion of Invoice | Taxable Total |
|---|---|---|---|---|---|
| Pg. 7<br>Pelachaud<br>5-17-17 | 70136<br>$2,323.10 | $1,500.00[4] | 194586<br>7/5/17 | Transcript: 234 pages @ $3.50 per page = $819.00<br>Exhibits: 1,016 pages @ $.35 per page = $355.60<br>Electronic Transmission (Processing/Repository) = $55.00 | $1,229.60 |
| Pg. 8<br>Perkowski<br>6-23-17 | 1148952<br>$865.00 | $865.00 | 196221<br>7/27/17 | Transcript: 240 pages @ $3.50 per page = $840.00<br>Electronic Transmission (Electronic Handling)= $25.00 | $865.00 |
| Pg. 9<br>Qizilbash<br>11-1-17 | 1237782<br>$693.50 | $693.50 | 208782<br>12/27/17 | Transcript: 99 pages @ $3.50 = 346.50<br>Rough ASCII 73 pages @ $.90 per page = 65.70<br>Exhibits: 430 pages @ $.25 = 107.50<br>Disk = $25.00<br>Production and Processing = $25.00<br>Shipping/Handling (Delivery) = $25.00 | $594.70 |
| Pgs. 10-11<br>Rosenfeld<br>10/5/2017 | 1037304<br>$2,954.13 | $1,608.93[5] | 207005<br>12/5/17 | Transcript: 456 pages @ $3.65 per page = $1,664.40<br>Exhibits: 136 pages @ $.50 = $68.00<br>Production and Processing = $50.00<br>Shipping/Handling = $45.00 | $1,608.93 |
| Pgs. 12-13<br>Rosenfeld<br>10/6/17 | 1037343<br>$2,859.30 | $1,703.42[6] | 207005<br>12/5/17 | Transcript: 407 pages @ $3.65 per page = $1,485.55<br>Exhibits: 240 pages @ $.50 per page = $120.00<br>Production and Processing = $50.00<br>Shipping/Handling = $45.00 | $1,700.55 |

[4] The total amount on the invoice at pg. 7 is $2,323.10. The total paid was $1,500.00 because of a credit that was applied to the invoice. The total amount paid ($1,500.00) exceeds the total amount of taxable costs ($1,229.60).

[5] The total amount on the invoice at page 11 is $2,954.13. The total amount paid was $1,608.93 because of a credit that was applied to the invoice. The total amount paid ($1,608.93) is less than the total amount of taxable costs ($1,827.40), so we are only seeking the total amount paid ($1608.93).

[6] The total amount on the invoice at page 13 is $2,859.30. The total amount paid was $1,703.42 because of a credit that was applied to the invoice. The total amount paid ($1,703.42) exceeds the total amount of taxable costs ($1,700.55).

**EXHIBIT A**

**BREAKDOWN OF TAXABLE PORTION OF INVOICES**

**TABLE NO. 1**

**DEPOSITION COSTS (L.R. 54-3.5)**

| Ex. B Page No. | Invoice No. & Total | Amount Paid | Check No. & Date | Breakdown of Taxable Portion of Invoice | Taxable Total |
|---|---|---|---|---|---|
| Pg. 14<br>Studstill<br>11/8/17 | 1238608<br>$508.50 | $508.50 | 209345<br>1/4/18 | Transcript: 97 pages @ $3.50 per page = $339.50<br>Exhibits: 376 pages @ .$25 per page = $94.00<br>Disk = $25.00<br>Production and Processing = $25.00<br>Shipping/Handling (Delivery) = $25.00 | $508.50 |
| Pg. 15<br>Oberg<br>11-3-17 | 1239505<br>$430.50 | $430.50 | 209547<br>1/5/18 | Transcript: 100 pages @ $3.50 per page= $350.00<br>Exhibits: 22 pages @ $.25 per page = $5.50<br>Production and Processing = $25.00<br>Disk = $25.00<br>Shipping/Handling (Delivery) = $25.00 | $430.50 |
| Pg. 16<br>Thach<br>10-27-17 | 1226793<br>$196.50 | $196.50 | 208125<br>12/18/17 | Transcript: 48 pages @ $3.50 per page = $168.00<br>Exhibits: 14 pages @ $.25 per page = $3.50<br>Production and Processing = $25.00 | $196.50 |
| Pg. 17<br>Shaw<br>11-3-17 | SF3161111<br>$840.30 | $840.30 | 207189<br>12/7/17 | Transcript: 80 pages @ $3.65 per page = $292.00<br>Exhibits: 322 pages @ $.65 per page = $209.30<br>Production and Processing = $50.00<br>Shipping/Handling = $35.00 | $586.30 |
| Pg. 18<br>Waters<br>10-27-17 | 102717-<br>690934<br>$1,174.90 | $1,174.90 | 210168<br>1/17/18 | Transcript: 244 pages @ $3.35 per page = $817.40<br>Exhibits: 1098 pages @ $.25 per page = $274.50<br>Exhibits: (color) 22 pages @ $1.50 per page = $33.00<br>Shipping/Handling = $50.00 | $1,174.90 |
| Pg. 19<br>Wyvill<br>4-20-18 | 1337479<br>$1,120.50 | $1,120.50 | 222449<br>6/19/18 | Transcript: 313 pages @ $3.50 per page = $1,095.50<br>Production and Processing = $25.00 | $1,120.50 |
| Pg. 20<br>Zartler<br>7-8-17 | 1178448<br>$905.25 | $905.25 | 200917<br>9/27/17 | Transcript: 200 pages @ $3.50 per page = 700.00<br>Exhibits: 821 pages @ $.25 per page = 205.25 | $905.25 |

**EXHIBIT A**

**BREAKDOWN OF TAXABLE PORTION OF INVOICES**

**TABLE NO. 1**

**DEPOSITION COSTS (L.R. 54-3.5)**

| Ex. B Page No. | Invoice No. & Total | Amount Paid | Check No. & Date | Breakdown of Taxable Portion of Invoice | Taxable Total |
|---|---|---|---|---|---|
| Pg. 21<br>Zyda<br>6-29-17 | 1177666<br>$207.50 | $207.50 | 200197<br>9/27/17 | Transcript: 55 pages @ $3.50 per page = $192.00<br>Exhibits: 60 pages @ $.25 per page = $15.00 | $207.50 |

# EXHIBIT A
# BREAKDOWN OF TAXABLE PORTION OF INVOICES

## TABLE NO. 2
## SHARED DEPOSITION COSTS (L.R. 54-3.5)

| Ex. B Page No. | Invoice No. & Total | Amount Paid 20% Share[7] | Check No. & Date | Breakdown of Taxable Portion of Invoice | 20% of Total Taxable Portion |
|---|---|---|---|---|---|
| Pgs. 22-23<br>Gleicher<br>4/13/18 | 1042729<br>$6,470.29 | $1,294.06 | 220261<br>5/23/18 | Transcript: 392 pages @ $3.65 = $1,430.80<br>Exhibits: 418 pages @ $.50 per page = $209.00<br>Exhibits (color): 17 pages @ $.95 = $16.15<br>Rough Draft: 346 pages @ $.90 per page = $311.40<br>Production and Processing = $50.00<br>Shipping/Handling = $81.00<br>Total Taxable Portion = $2,098.35 | $419.67 |
| Pgs. 24-25<br>Gleicher<br>4/14/18 | 1043156<br>$2,518.50 | $503.70 | 220261<br>5/23/18 | Transcript: 139 pages @ $3.65 = $507.35<br>Exhibits: 7 pages @ $.50 per page = $3.50<br>Rough Draft: 119 pages @ $.90 per page = $107.10<br>Production and Processing = $50.00<br>Shipping/Handling = $42.00<br>Total Taxable Portion = 709.95 | $141.99 |
| Pgs. 26-27<br>Gleicher<br>4/23/18 | 1043308<br>$6,064.98 | $1,213.00 | 220261<br>5/23/18 | Transcript: 349 pages @ $3.65 = $1,273.85<br>Exhibits: 414 pages @ $.50 per page = $207.00<br>Rough Draft: 304 pages @ $.90 per page = $273.60<br>Production and Processing = $50.00<br>Shipping/Handling = $42.00<br>Total Taxable Portion = $1,846.45 | $369.29 |
| Pgs. 28-29<br>Kennedy<br>4/24/18 | 1043322<br>$7,026.62 | $1,405.32 | 220261<br>5/23/18 | Transcript: 416 pages @ $3.65 = $1,518.40<br>Exhibits: 511 pages @ $.50 per page = $255.50<br>Rough Draft: 367 pages @ $.90 per page = $330.30<br>Production and Processing = $50.00<br>Shipping/Handling = $42.00<br>Total Taxable Portion= $2,196.20 | $439.24 |

[7] The cost of the Gleicher and Kennedy depositions was split among five defendant groups. See Ex. B Page Nos. 32-33.

**EXHIBIT A**
**BREAKDOWN OF TAXABLE PORTION OF INVOICES**

**TABLE NO. 2**
**SHARED DEPOSITION COSTS (L.R. 54-3.5)**

| Ex. B Page No. | Invoice No. & Total | Amount Paid 20% Share[7] | Check No. & Date | Breakdown of Taxable Portion of Invoice | 20% of Total Taxable Portion |
|---|---|---|---|---|---|
| Pgs. 30-31 Kennedy 4/25/18 | 1043427 $5,299.66 | $1,059.93 | 220261 5/23/18 | Transcript: 288 pages @ $3.65 = $1,051.20<br>Exhibits: 832 pages @ $.50 per page = $416.00<br>Rough Draft: 251 pages @ $.90 per page = $225.90<br>Production and Processing = $50.00<br>Shipping/Handling = $92.00<br>Total Taxable Portion = $1,835.10 | $367.02 |
| **Ex. B Page No.** | **Invoice No. & Total** | **Amount Paid 1/3 Share[8]** | **Check No. & Date** | **Breakdown of Taxable Portion of Invoice** | **1/3 of Taxable Total** |
| Pgs. 34-35 Mangum 4/17/18 | 1333090 $2,182.00 | $727.33 | 220128 5/18/18 | Transcript: 312 pages @ $3.50 = $1,092.00<br>ASCII: 312 pages @ $.90 = $280.80<br>Exhibits: 316 pages @ $.25 per page = $79.00<br>Disk = $25.00<br>Production and Processing = $25.00<br>Shipping/Handling = $25.00<br>Total Taxable Portion = $1,526.80 | $508.93 |

[8] The cost of the Mangum deposition was split among three defendant groups. See Ex. B Page No. 35.

**EXHIBIT A**
**BREAKDOWN OF TAXABLE PORTION OF INVOICES**

**TABLE NO. 3**
**FEES FOR SERVICE OF PROCESS (L.R. 54-3.2)**

| Ex. C Page No. | Invoice No | Amount Paid | Check No. & Date | Breakdown of Taxable Portion of Invoice | Taxable Total |
|---|---|---|---|---|---|
| 1 | #HAT-2017014959 | $130.00 | 203529<br>10/26/17 | Service of Process: $130.00 | $130.00 |
| 2 | #HAT-2017014960 | $135.00 | 202983<br>10/19/17 | Service of Process: $135.00 | $135.00 |
| 3-5 | #HAT-2017015922 | $217.79 | 204337<br>11/2/17 | Service of Process: $135.00 | $135.00 |
| 6-7 | #HAT-2017015923 | $151.17 | 204014<br>10/27/17 | Service of Process: $57.00 | $57.00 |
| 8 | #HAT-2017015924 | $304.10 | 205330<br>11/14/17 | Service Attempt No. 1: $145.00<br>Service Attempt No. 2: $101.40 | $246.40 |
| 9 | #HAT-2017017292 | $130.00 | 206089<br>11/22/17 | Service of Process: $130.00 | $130.00 |
| 10-12 | #HAT-2017017294 | $130.00 | 206796<br>12/1/17 | Service Attempt No. 1: $130.00 | $130.00 |
| 13-15 | #HAT-2017017293 | $130.00 | 206796<br>12/1/17 | Service of Process: $130.00 | $130.00 |
| 16-18 | #HAT-2017017459 | $130.00 | 207069<br>12/6/17 | Service of Attempt No. 2: $130.00 | $130.00 |

**EXHIBIT A**

**BREAKDOWN OF TAXABLE PORTION OF INVOICES**

**TABLE NO. 4**

**WITNESS FEES (L.R. 54-3.6)**

| Ex. C Page No. | Invoice No | Amount Paid | Check No. & Date | Breakdown of Taxable Portion of Invoice | Taxable Total |
|---|---|---|---|---|---|
| 1 | #HAT-2017014959 | $130.00 | 203529<br>10/26/17 | Witness Fee | $40.00[9] |
| 2 | #HAT-2017014960 | $135.00 | 202983<br>10/19/17 | Witness Fee | $40.00 |
| 3 | #HAT-2017015922 | $217.79 | 204337<br>11/2/17 | Witness Fee | $40.00 |

| Table No. | Total Taxable Amount |
|---|---|
| Total Table No. 1 | $15,525.73 |
| Total Table No. 2 | $2,246.14 |
| Total Table No. 3 | $1,223.40 |
| Total Table No. 4 | $120.00 |
| GRAND TOTAL | $19,115.27 |

[9] Pursuant to 28 U.S.C. § 1821, the witness attendance fee is $40 per day. The witness fee check provided to the witness exceeds $40, so we are only asking for the statutory witness fee of $40.