Counsel listed on signature page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>        Plaintiff,<br><br>    v.<br><br>BANDAI NAMCO GAMES AMERICA, INC., et al.,<br><br>        Defendants. | Lead Case No. 12-cv-10322-GW(FFMx)<br><br>**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIMS FOR INVALIDITY OF U.S. PAT. NO. 6,622,278**<br><br>Ctrm: 9D<br>Judge: Honorable George H. Wu<br><br><u>Telephonic Hearing:</u><br>Date: July 13, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>CONSOLIDATED WITH: |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>        Plaintiff,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>        Defendant. | Case No. 2:12-cv-10329-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE,<br><br>        Plaintiff,<br><br>    v.<br><br>INFINITY WARD, INC.,<br><br>        Defendant. | Case No. 2:14-cv-00352-GW (FFMx) |

| | |
|---|---|
| 1  MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:14-cv-00336-GW (FFMx) |
| 2           Plaintiff, | |
| 3      v. | |
| 4  ACTIVISION PUBLISHING, INC. and BLIZZARD, ENTERTAINMENT, INC., | |
| 5 | |
| 6           Defendants. | |
| 7  MCRO, INC., D.B.A. PLANET BLUE, | Case No. 12-cv-10335 GW (FFMx) |
|             Plaintiff, | |
| 8      v. | |
| 9 | |
| 10 NAUGHTY DOG, INC., | |
| 11          Defendant. | |
| 12 MCRO, INC., D.B.A. PLANET BLUE, | Case No. 14-cv-00332 GW (FFMx) |
| 13          Plaintiff, | |
| 14     v. | |
| 15 SUCKER PUNCH PRODUCTIONS LLC, | |
| 16 | |
| 17          Defendant. | |
| 18 MCRO, INC., D.B.A. PLANET BLUE, | Case No. 14-cv-00383 GW (FFMx) |
|             Plaintiff, | |
| 19     v. | |
| 20 | |
| 21 SONY COMPUTER ENTERTAINMENT AMERICA LLC, | |
| 22          Defendant. | |
| 23 MCRO, INC., D.B.A. PLANET BLUE, | Case No. 2:12-cv-10327-GW (FFMx) |
| 24          Plaintiff, | |
| 25     v. | |
| 26 SEGA OF AMERICA, INC., | |
| 27          Defendant. | |
| 28 | |

STIPULATED MOTION OF DISMISSAL

| | |
|---|---|
| MCRO, INC., D.B.A. PLANET BLUE, <br><br> Plaintiff, <br><br> v. <br><br> DISNEY INTERACTIVE STUDIOS, INC., <br><br> Defendant. | Case No. 2:12-cv-10333-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br> Plaintiff, <br><br> v. <br><br> SQUARE ENIX, INC., <br><br> Defendant. | Case No. 2:12-cv-10338-GW (FFMx) |
| MCRO, INC., D.B.A. PLANET BLUE, <br><br> Plaintiff, <br><br> v. <br><br> LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT COMPANY LTD. LLC, <br><br> Defendant. | Case No. 2:14-cv-00358-GW (FFMx) |

STIPULATED MOTION OF DISMISSAL

# STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIMS FOR INVALIDITY OF U.S. PATENT NO. 6,622,278

All Defendants, except Square Enix, Inc., have a pending counterclaim of invalidity with respect to U.S. Patent No. 6,622,278.  McRo and all Defendants (except Square Enix, Inc.) jointly move to dismiss without prejudice Defendants' (except Square Enix, Inc.'s) counterclaims of invalidity with respect to U.S. Patent No. 6,622,278.

Pursuant to this stipulation, the parties request the Court enter the order provided herewith dismissing the above referenced counterclaims without prejudice.

DATED: July 8, 2020                    Respectfully submitted,

KING & WOOD MALLESONS LLP

By:  /s/ *Michael S. DeVincenzo*
       MICHAEL S. DEVINCENZO

       Attorney for Plaintiff
       MCRO, INC., D.B.A. PLANET BLUE.


WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ *Sonal N. Mehta*
       SONAL N. MEHTA

       Attorney for Defendants
       ELECTRONIC ARTS INC.;
       ACTIVISION PUBLISHING, INC.;
       BLIZZARD ENTERTAINMENT, INC.;
       AND INFINITY WARD, INC.

|  |  |
|---|---|
|  | SHOOK, HARDY & BACON LLP |
| By: | */s/ Beth Larigan* <br> BETH LARIGAN |
|  | Attorney for Defendants <br> NAUGHTY DOG, INC.; SONY COMPUTER ENTERTAINMENT AMERICA LLC; AND SUCKER PUNCH PRODUCTIONS LLC |
|  | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| By: | */s/ Evan Finkel* <br> EVAN FINKEL |
|  | Attorney for Defendants <br> DISNEY INTERACTIVE STUDIOS, INC.; AND LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT COMPANY LTD. LLC |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Michael DeVincenzo, attest that concurrence in the filing of this document has been obtained.

> */s/ Michael DeVincenzo*
> Michael DeVincenzo